

| | Main Street Legal Services, Inc. |
|---|---|
| CREATING | CUNY School of Law |
| LAW | 2 Court Square |
| ENFORCEMENT | Long Island City, NY 11101-4356 |
| ACCOUNTABILITY & | www.cunyclear.org |
| RESPONSIBILITY | |



January 28, 2019

**By ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007-1312

RE: *United States v. Farhane*, Case Nos. 05-cr-673-4/18 Civ. 11973 (LAP)

Dear Judge Preska:

Our office represents Defendant Abderrahmane Farhane in his § 2255 motion to vacate his plea and sentence. We write in connection with Defendant's memorandum of law in support of his § 2255 motion to vacate, due on February 1, 2019.

Pursuant to Your Honor's Individual Practice Rule 2.C, we respectfully request leave to file a memorandum of law up to 25 pages, slightly in excess of Your Honor's 20-page limit in order to adequately address the issues. Counsel for the government consented to this request, subject to the Court's approval.

We therefore ask the Court to grant Mr. Farhane permission to file a memorandum of law of up to 25 pages.

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/29/19

/s/ Naz Ahmad
Naz Ahmad
Ramzi Kassem
**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
CUNY School of Law
2 Court Square
Long Island City, NY 11101
T: (718) 340-4630
F: (718) 340-4478
E: naz.ahmad@law.cuny.edu

CC (via ECF): Karl Metzner
U.S. Attorney's Office
Southern District of New York

(t) 718.340.4558
(f) 718.340.4533
(e) cunyclear@law.cuny.edu

CU
NY