## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ABDERRAHMANE FARHANE, <br> *Defendant.* | Case No. 05-CR-673-4 (LAP) |
| ABDERRAHMANE FARHANE, <br> *Petitioner,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> *Respondent.* | Case No. 18-CV-11973 (LAP) <br><br> **NOTICE OF WITHDRAWAL OF DAVID BERMAN AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that, I, David A. Berman, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby withdraw as counsel of record for Defendant/Petitioner Abderrahmane Farhane. I am withdrawing as counsel of record for Defendant/Petitioner because I am separating from Wilmer Cutler Pickering Hale and Dorr LLP. Defendant/Petitioner continues to be represented in this matter by the other counsel of record at Wilmer Cutler Pickering Hale and Dorr LLP. I respectfully request that my name and email address be removed from the official docket.

Dated: December 16, 2019

Respectfully submitted,

*/s/ David A. Berman*

David A. Berman
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007 USA
Tel.: (212) 230-8800
Fax: (212) 230-8888
david.berman@wilmerhale.com

**SO ORDERED.**

Dated: ___12/20___, 2019

Honorable Loretta A. Preska
United States District Judge

2