# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -versus-

ABDERRAHMANE FARHANE,

              Respondent.

-----------------------------------------------------------X

ABDERRAHMANE FARHANE,

              Petitioner,

        -versus-

UNITED STATES OF AMERICA,

              Respondent.

-----------------------------------------------------------X

05 **CR.** 673-4 (LAP)

18 **CIVIL** 11973 (LAP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2020, Mr. Farhane's motion is denied; accordingly, this case is closed and all pending motions are denied as moot.

**DATED:** New York, New York

            March 31, 2020

                               **RUBY J. KRAJICK**
                               _____
                               **Clerk of Court**
        **BY:**
                               _____
                                  **Deputy Clerk**