UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -versus-<br><br>ABDERRAHMANE FARHANE,<br><br>    Defendant. | No. 05 Cr. 673 (LAP) |
| ABDERRAHMANE FARHANE,<br><br>    Petitioner,<br><br>    -versus-<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | No. 18 Civ. 11973 (LAP)<br><br>**ORDER** |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The parties shall confer and inform the Court by letter no later than January 13 on how they propose to proceed.

SO ORDERED.

Dated:    January 6, 2025
            New York, New York

                                *Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior U.S. District Judge