WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

October 31, 2025

**BY ECF**

The Honorable Loretta A. Preska
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Farhane*, 05 Cr. 673 (LAP)
>        *United States v. Farhane*, 18 Civ. 11973 (LAP)

Dear Judge Preska:

      We represent Abderrahmane Farhane in the above-referenced actions. The Government filed a letter motion on October 30, 2025, requesting that the Court order Mr. Farhane's counsel to share with the Government copies of several recordings that it previously produced to Mr. Farhane's counsel.

      Before the Government filed the letter motion, the parties conferred regarding this issue. Based on the limited information shared by counsel for the Government during those communications, Mr. Farhane informed the Government that he intended to oppose the letter motion. However, the letter motion includes information that the Government did not previously share during the parties' communications regarding this issue. Based on that newly shared information, we respectfully request two weeks for the parties to further confer regarding this issue to see whether the parties can resolve this dispute without the Court's intervention.

      To the extent the parties are unable to resolve this dispute, Mr. Farhane intends to oppose the letter motion, and he will file a response, along with any supporting documents, within two weeks of today, or no later than November 14, 2025.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington