UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 05 cr. 673 (LAP) |
| ABDULRAHMAN FARHANE, | 18 CIV. 11973 (LAP) |
| Defendant. | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the Government's motion to proceed according to the January 28, 2025 schedule, (dkt. no. 288), and the Defendant's request to stay proceedings for four weeks in order to permit him to file a petition for mandamus, (dkt. no. 298).

The Government's motion to move forward with the January 28, 2025 scheduling order is granted, and Defendant's motion to stay proceedings for four weeks is denied. Proceedings shall, however, be stayed until November 17 in order to permit Defendant to seek a stay from the Court of Appeals. Dates on the January 28 order shall be adjusted accordingly.

SO ORDERED.

Dated:   New York, New York
         November 3, 2025

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1