S.D.N.Y.– N.Y.C.
18-cv-11973
05-cr-673
Preska, J.

# United States Court of Appeals
#### FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of January, two thousand twenty-six.

Present:
Barrington D. Parker,
Reena Raggi,
Michael H. Park,
*Circuit Judges*.

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED 1/21/2026

In Re: Abderrahmane Farhane,

*Petitioner,*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Abderrahmane Farhane,

*Petitioner,*

v.                                                                        25-2937

United States of America,

*Respondent.*

Petitioner requests a stay pending this Court's consideration of his petition for a writ of mandamus, which seeks vacatur of the district court's memorandum and order of October 23, 2025 (S.D.N.Y. 1:18-cv-11973, doc. 49), directing trial counsel to produce and/or provide testimony regarding specified categories of communications with Petitioner, subject to certain limitations. Upon due consideration, it is hereby ORDERED that the motion for a stay pending resolution of the mandamus petition is GRANTED and the district court's October 23 discovery order is STAYED pending expedited resolution of the mandamus petition. Petitioner has made a strong showing of irreparable harm absent a stay, that the public interest warrants a stay pending appeal, and a likelihood of success on the merits of some aspects of his claims. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). "The purpose of interim equitable relief is not to conclusively determine the

CERTIFIED COPY ISSUED ON 01/21/2026

rights of the parties, but to balance the equities as the litigation moves forward." *Trump v. Wilcox*, 145 S. Ct. 1415 (2025) (cleaned up).

The Government shall file a response to the mandamus petition within 14 days of the date of this order. *See* Fed. R. App. P. 21(b)(1).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit